IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EUROCHEM TRADING USA CORPORATION,

                Plaintiff,

v.

W. KENT GANSKE, individually and
d/b/a and sole proprietor of AG CONSULTANTS,
and JULIE L. GANSKE,

                Defendants.

ORDER

W. KENT GANSKE, individually and d/b/a AG
CONSULTANTS, and JULIE GANSKE,

18-cv-16-slc

    Counter-Plaintiffs and Third-Party Plaintiffs,
and

WS AG CENTER, INC.,

                Third-Party Plaintiffs,
v.

EUROCHEM TRADING USA CORPORATION,

                Plaintiff and Counter-Defendant,
and

EUROCHEM GROUP AG, SCOTT SIMON, IVAN
BOASHERLIEV, BENTREI FERTILIZER, LLC
and BEN-TREI, LTD.,

                Third-Party Defendants.

_____

In an order entered July 8, 2019, this court granted plaintiff Eurochem Trading USA Corporation ("ECTUS")'s motion to confirm an arbitration award against third party plaintiff WS AG Center, Inc. ("WSAG"), denied WSAG's petition to vacate, modify or correct the award, and directed plaintiff to submit a proposed final judgment to the court. Dkt. 125. I provided WSAG the opportunity to dispute ECTUS's arithmetical computations and to make a showing that the court should delay entry of judgment, while advising WSAG that no other objections would be considered. *Id*. at 14.

Pursuant to that order, on July 22, 2019, ECTUS moved for entry of final judgment in the sum of $16,119,482.41, to bear interest "at the statutory rate." Dtk. 130-1. In response, WSAG has not disputed ECTUS's calculation of the total sum and it has not shown that there are just reasons to delay entry of judgment; WSAG simply asks that the court specify the Florida statutes that provide the applicable interest rate. Dkt. 142. In addition, and in contravention of the July 8 order, WSAG reasserts arguments that I rejected when I confirmed the arbitration award.

WSAG's arguments opposing confirmation shall not be considered. Accordingly, based on the foregoing and ECTUS's reply (dkt. 144), and finding no just reason for delay, *see* Fed. R. Civ. P. 54(b), the court enters judgment as follows:

ORDER

IT IS ORDERED that plaintiff's motion for entry of judgment, dkt. 130, is GRANTED. The Clerk of Court is directed to enter final judgment reflecting that Plaintiff Eurochem Trading USA Corporation is awarded a money judgment against third party plaintiff W S Ag Center, Inc., in the amount of $16,119.482.41 (the "Total Sum"). The Total Sum shall bear interest pursuant to sections 687.01 and 55.03 of the Florida Statutes, until paid.

Entered this 7th day of August, 2019.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge