IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EUROCHEM TRADING USA CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>W. KENT GANSKE and JULIE L. GANSKE,<br><br>        Defendants. | Case No. 3:18-cv-16-slc<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ISSUE WRIT OF GARNISHMENT** |

W. KENT GANSKE, individually and d/b/a AG CONSULTANTS, and JULIE GANSKE,

    Counter-Plaintiffs and Third Party Plaintiffs,

and

WS AG CENTER, INC.,

    Third Party Plaintiff,

    v.

EUROCHEM TRADING USA CORPORATION,

    Plaintiff and Counter-Defendant,

and

EUROCHEM GROUP AG, SCOTT SIMON, IVAN BOASHER, BEN-TREI FERTILIZER COMPANY, LLC and BEN-TREI, LTD.,

    Third Party Defendants.

Based upon the Motion to Issue Writ of Garnishment (the "Motion") filed by Plaintiff, EuroChem Trading USA Corporation, the files and proceedings herein, and it appearing good cause so exists,

50335214;1

**IT IS HEREBY ORDERED:** The Plaintiff's Motion is granted, and the Clerk of Court shall cause to be sealed and issued the Non-Earnings Garnishment Summons and Complaint filed with the Motion.

Dated this 2d day of October, 2019.

STEPHEN L. CROCKER
Magistrate Judge

50335214;1